Llynn K. White, Michael A. Campbell, Campbell & Coyne, P.C., St. Louis, for appellant.

Jennifer K. Suits, Rollings & Associates, P.C., St. Charles, for respondent.

Before CRANDALL, P.J. and HOFF, J. and CRIST, S.J.

## ORDER

PER CURIAM.

FN Projects, Inc. and Granite Savings Bank appeal the judgment of the trial court granting summary judgment in favor of Leslie A. Kern and Brenda S. Kern regarding escrowed funds stemming from a real estate transaction.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claims of error to be without merit. Upon *de novo* review, we find no genuine issue of material fact or error of law. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential value. Judgment affirmed in accordance with Rule 84.16(b).

Jennifer S. Walsh, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Linda Lemke, Asst. Atty. Gen., Jefferson City, for respondent.

Before: GARY M. GAERTNER, P.J., PAUL J. SIMON, J., and JAMES R. DOWD, J.

## *ORDER*

PER CURIAM.

This is an appeal from a judgment denying a Rule 29.15 motion without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the motion court's judgment is based on findings of fact and conclusions of law that are not clearly erroneous. An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

The judgment is affirmed pursuant to Rule 84.16(b).

Sue KASTEN, Appellant/Employee,

v.

HAIRTOPIA, Respondent/Employer,

State Farm Fire & Casualty Co., Respondent/Insurer.

No. ED 76752.

Missouri Court of Appeals, Eastern District, Division Three.

May 9, 2000.

Milton SMITH, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 76648.

Missouri Court of Appeals, Eastern District, Division One.

May 9, 2000.

Dan Chatfield, St. Louis, for appellant.